HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SANDRA L KVAMME,<br><br>                    Plaintiff,<br><br>        v.<br><br>CAROLYN W. COLVIN,<br><br>                    Defendant. | CASE NO. C12-5776 RBL<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation of Judge J. Richard Creatura, United States Magistrate Judge, and the relevant record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) The matter is **REVERSED** and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner for further consideration;

(3) The Clerk is directed to send copies of this Order to counsel of record.

Dated this 28th day of January, 2014.

                                        RONALD B. LEIGHTON
                                        UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND
RECOMMENDATION - 1